United States Bankruptcy Court
Southern District of Illinois

In re: Douglas E Hunt                )        Case No.14-30603
                                     )
Debtor                               )        Chapter 13

## MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY OR IN THE ALTERNATIVE TO REIMPOSE STAY REGARDING REAL PROPERTY LOCATED IN JERSEY COUNTY ILLINOIS

COMES NOW the Debtor by John A Sholar, his attorney, and states to the Court:

1. That the Debtor's Chapter 13 Plan has not been confirmed.

2. That on October 22, 2014 an Order (document 53) was entered which lifted the automatic stay on certain real property located in Jersey County Illinois and more particularly described in Exhibit A of CNB Bank & Trust NA's Amended Motion For Relief From Stay And Abandonment (document 45).

3. That at the time of the entry of the aforementioned order a $19,078.12 payment to CNB Bank from Hilltop Auction And Banquet Center LLC was past due pursuant to the approved the stipulation of the Parties involved in Hunt V Hilltop Auction And Banquet Center LLC (AP 14-3032).

4. That at the time of the entry of the aforementioned order a $30,000.00 payment to CNB Bank from Sinclair Cedar Ridge Farms Inc was past due pursuant to the approved the stipulation of the Parties involved in Hunt V Sinclair Cedar Ridge Farms Inc (AP 14-3033).

5. That the aforementioned overdue payments have been made and the funds have been applied pursuant to the stipulations of the parties in the aformentioned adversarial proceedings.

6. That, upon information and belief, the payments were overdue because of misinformation supplied by an officer of CNB Bank and its Attorney Todd Parrish regarding the

proper application of the payments and whether the proceeds should be held in escrow pending further order from the State Court.

7. That the aforementioned payments were promptly tendered upon resolution of the misunderstanding and the funds have been properly applied.

8. That the Debtor had no control over the moneys due and the lack of protection of the stay will place the Debtor's reorganization in jeopardy.

WHEREFORE, the undersigned prays that the Order entered on October 22, 2014 (document 53) which lifted the automatic stay on certain real property located in Jersey County Illinois and more particularly described in Exhibit A of CNB Bank & Trust NA's Amended Motion For Relief From Stay And Abandonment (document 45) be vacated or in the alternative that the Stay be reimposed, and grant such other and further relief as the Court deems just & fitting.

/s/John Sholar
John Sholar #6256669
Attorney for Debtor
2800 Buckmaster Lane
Suite B
Alton, IL  62002
(618) 465-6010
(618) 465-6201 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies that this Motion To Vacate Order Granting Relief From Stay Or In The Alternative To Reimpose Stay Regarding Real Property Located In Jersey County Illinois was served upon all creditors and parties in interest who were not served electronically this November 10, 2014 by regular, postage pre-paid, U.S. Mail.

/s/ John Sholar
John Sholar
Attorney For Debtor(s)
#6256669